IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01198-WYD-BNB

YASMINE CHAPMAN,

Plaintiff,

v.

CAREER SERVICE AUTHORITY, CITY AND COUNTY OF DENVER,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **January 6, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated November 30, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge