IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01198-WYD-BNB

YASMINE CHAPMAN,

     Plaintiff,

v.

CAREER SERVICE AUTHORITY, CITY AND COUNTY OF DENVER,

     Defendant.

_____

**ORDER OF DISMISSAL**
_____

     The parties filed a Stipulation of Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a) [# 26] on April 17, 2006.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice. Accordingly, it is

     ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay her or its own costs and attorney's fees.

     Dated:  April 17, 2006

                                     BY THE COURT:

                                     s/ Wiley Y. Daniel
                                     Wiley Y. Daniel
                                     U. S. District Judge